Case 4:26-cr-00247-MSA   Document 1   Filed 01/08/26   Page 1 of 1

CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Maria Fernanda Zepeda-Alvarado**<br>YOB: 2005; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-07072MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about January 7, 2026, at or near Sasabe, in the District of Arizona, **Maria Fernanda Zepeda-Alvarado**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Eagle Pass, Texas on October 1, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about January 7, 2026, at or near Sasabe, in District of Arizona, **Maria Fernanda Zepeda-Alvarado**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Maria Fernanda Zepeda-Alvarado** is a citizen of Mexico. On October 1, 2025, **Maria Fernanda Zepeda-Alvarado** was lawfully denied admission, excluded, deported and removed from the United States through Eagle Pass, Texas. On January 7, 2026, agents found **Maria Fernanda Zepeda-Alvarado** in the United States at or near Sasabe, Arizona without the proper immigration documents. **Maria Fernanda Zepeda-Alvarado** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Maria Fernanda Zepeda-Alvarado** admitted to illegally entering the United States of America from Mexico on or about January 7, 2026, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Sworn by telephone  x  | SIGNATURE OF COMPLAINANT (official title)<br><br>*/s/ JG*<br><br>OFFICIAL TITLE<br>Taylor W. Garrett<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>January 8, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins